S. LANE TUCKER
United States Attorney

WILLIAM A. TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: william.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS MICHAEL KOZORRA,<br><br>Defendant. | No. 3:18-cr-00103-SLG |

**UNITED STATES' SENTENCING MEMORANDUM**

The United States, by and through undersigned counsel, respectfully submits this Sentencing Memorandum in anticipation of the sentencing hearing in this case scheduled for Monday, November 21, 2022, at 9:00 a.m.. For the reasons stated herein, the United States recommends a sentence of 180 months imprisonment, followed by 5 years of supervised release.

## I. SENTENCING RECOMMENDATION

**SENTENCE……………………………………………………………180 MONTHS**

**SUPERVISED RELEASE…………………………………………..…5 YEARS**

**SPECIAL ASSESSMENT……………………………………………..$100**

## II. FACTUAL BACKGROUND

### a. The 1488 Enterprise

This case revolves around the activities of the defendant in his role as a member and leader in the 1488s. The 1488s is a white supremacist prison-based criminal organization. The origins of the gang began when Alaskan inmates were housed in out of state facilities in Arizona and Colorado. Upon being returned to Alaska, the 1488 gang was formed with a leadership structure, membership process, rules, and a specifically designed membership "patch" - a tattoo that is ideally placed on the right ribcage.

Originally oriented towards improving its members' positions in the prison hierarchy through violence, intimidation, and smuggling contraband, including narcotics, the 1488s expanded their criminal activity to communities across Alaska as its members completed their sentences. The power and leadership of the criminal enterprise was centered inside the Spring Creek Correctional Center, a maximum-security prison in Seward, Alaska. The leaders of the 1488s during the relevant time period were founding members Filthy Fuhrer (formerly "Timothy Lobdell" a/k/a "Fuck Face"), and Jason Barnum (a/k/a "Eyeball,"). Lower-level leaders would be designated as "key holders" for

other DOC facilities and in the free world as the gang expanded. These leaders were said to have the "keys to the car" in their designated area.

The numbers "14" and "88" have meanings rooted in white supremacy. "14" refers to the "14 words" of white supremacy: "We must secure the existence of our people and a future for white children." The "88" is a reference to "H," the eighth letter of the alphabet; "88" thus signifies "HH," or "Heil Hitler". "88" is also based on the eighty-eight precepts of white supremacy by infamous white supremacist David Lane. The fact there are "88" precepts is not by coincidence.

The 1488 criminal enterprise took this white supremacist concept learned in the lower-48 and turned it into a gang, with its own sets of rules, structure, and membership requirements. The enterprise is based upon violence, Nazi ideology, white supremacy, and conducting illegal activities. A potential member was required to go through a prospecting period, at the end of which he could receive a "sanctioned" patch as depicted below:

//
//
//
//
//
//
//
//



Many members also had other white supremacist, Nazi-inspired, and anti-law enforcement tattoos, including swastikas, iron crosses, "SS" lightning bolts, "HATE", "Kill Cops", and "88".

Being a member of the 1488s carried with it a factor of intimidation that made it easier for members to engage in narcotics trafficking. Members in good standing were able to have drugs fronted more easily, were able to collect debts owed with greater success, and had a network of contacts for obtaining and selling narcotics. This applied both inside and outside of the prison setting.

The 1488s communicated through the mail and using the prison phone system, by passing messages within prison known as "kites", and by using hand signals to communicate visually. Members on the inside would also use religious meetings to conduct gang business. These meetings were called "church" and would often be

associated with Asatru-Odinism religious meetings. Members on the outside would meet at "barbeques" to discuss gang business. Keyholders on the outside were expected to remain in contact with leadership on the inside of prison.

During 2016 and into 2017, the 1488s desired to make their organization stronger by eliminating members who had unsanctioned patches, who broke the rules of the enterprise, or who otherwise made the 1488s look "bad" or ineffectual to other criminals.

  b. *Summary of Events*

   1. <u>Fall of 2016</u>

On September 10, 2016, 1488 member Roy Naughton (a/k/a "Thumper") received a call from incarcerated 1488 member Joey Lewis. Naughton was the "keyholder" (lower-level leader) for the unincarcerated 1488s in Anchorage at the time. During the call, Naughton told Lewis that Michael Staton was going to be gone "viciously," and that Lewis would hear about it.

Four days later - roughly 11 months prior to the Staton homicide - Naughton received a jail call from Filthy Fuhrer, who was incarcerated at Spring Creek Correctional Center. Fuhrer and Naughton discussed punishments for various violations of the gang, whether women should be allowed into the gang, and whether to allow a former member back into the gang. During the call, Naughton became very angry, and said that "Steak knife" (Staton) was "done". He said that Staton stole from his family, was disrespecting the gang, and ripped off "Red and White" (a/k/a the Hells Angels). Fuhrer told Naughton to calm down and that there was no "done", there was *only* the "beat down." Fuhrer told

Naughton to talk to everyone in the gang again, and that only after Naughton did so would Fuhrer give him the "green light". Naughton said there were "six of us" ready to punish Staton. Before hanging up, Fuhrer told Naughton he would call back to finish the discussion.

19 minutes later, Fuhrer called Naughton back. They picked up right where they left off:

> Fuhrer: I talked to the homeboy and all that shit….ya man you can…it's a go on ole' Steak Knife man.
>
> Naughton: Thank you.
>
> Fuhrer: Hey I want you to understand something because you out there and all that shit. You got to run all that by me.
>
> Naughton: Okay.
>
> Fuhrer: Anything on that level, you hear me.
>
> Naughton: On that level, yes I will.
>
> Fuhrer: Alright…alright.
>
> Naughton: Ya, lets do that, that's structure, I like it. On the little shit though if I have to act I have to act.
> …..
> Fuhrer: …On very very weighty decisions…I gotta know.

1488 member Nicholas Kozorra (a/k/a "Beast") was incarcerated at Spring Creek Correctional Center (SCCC) during the fall of 2016. While he was in segregation, he received a message from with a list of 1488 members who needed to be disciplined. This list came from Fuhrer and included Michael Staton, Jeremy Smith, and Jermiah Johnson.

In addition to stealing from Naughton, Staton had also stolen items from a 1488 associate by the name of Craig King. King represented himself as a Hells Angel and made it known to 1488 Nicholas Kozorra that he wanted to punish Staton for the thefts. Fuhrer and Naughton referred to this in the September 14, 2016, call when Naughton said that Staton ripped off "Red and White", the street term for the Hells Angels.

During the fall of 2016 and spring of 2017, Naughton unsuccessfully attempted to locate Staton to carry out the punishment. On recorded jail calls Naughton updated Fuhrer several times about the status of the search for Staton. However, at the time Staton was laying low on the Kenai Peninsula.

    c. *Assault of Jermiah Johnson a/k/a "Mountain"*

Nicholas Kozorra was released from prison on March 8, 2017, and shortly afterwards took over as the 1488 leader on the outside at the direction of Barnum and Fuhrer. He began disciplining the names on the list.

On April 2, 2017, Kozorra picked up Jermiah Johnson ("Mountain") from a transitional living facility. Kozorra brought Johnson to Roy Naughton's residence for a 1488 meeting. Johnson was eventually lured downstairs, where Nicholas Kozorra, Roy

Naughton, Jeremy Speaker, Justin Eaton, and Nicholas Kozorra, held him at gunpoint and assaulted him by punching, kicking, and beating him with a small wooden bat. He was made to put a lightbulb into his mouth and had his chin kicked shut. Naughton forcibly and crudely tattooed Johnson's body with the word "snitch" or "bitch" and "N****R [lover]" next to a heart and obliterated Johnson's partially finished 1488 tattoo. Naughton took photos and said if Johnson told the police, they would post his information on Facebook as a snitch.



Johnson reported the crime to Anchorage police but left out key details about the participants. He has explained that he needed to report because he was late returning to his transitional living facility which was a violation of his state pretrial release. Photos were taken that night by Anchorage police. APD also collected the surveillance video from the facility which shows Johnson being picked up by Kozorra.

d. *Assault of Jeremy Smith a/k/a "Cub"*

On July 18, 2017, Filthy Fuhrer called Roy Naughton. Naughton discussed the assault against Jermiah Johnson and the details of what occurred that night in April, including the racist tattoo. Naughton told Fuhrer that there was a plan to depatch Jeremy Smith ("Cub") that upcoming weekend. Finally, Naughton confirmed that Kozorra had taken over leadership on the outside.

On July 20, 2017, Dustin Clowers and Nicholas Kozorra lured Jeremy Smith to Clowers' trailer. Once Smith was inside, Clowers and Kozorra held him at gunpoint and started to forcibly remove his tattoo. The process took too long, so heated up a knife with a propane torch and burned the tattoo off.



Kozorra's girlfriend Taylor Lack and Clowers' girlfriend Tristian Donahue were both present for the assault. Naughton was not present as he was very addicted to narcotics by this time and involving him would have added too many steps to the process.

e. *Murder of Michael Staton (a/k/a "Steak Knife")*

Several weeks before the killing, Kozorra met with Craig King at King's home. The meeting had been set up by Dustin Clowers who had struck up a friendship with Craig King, and was working with him to distribute narcotics. King claimed to be a member of the Hells Angels motorcycle gang and was a regular associate of the 1488s. On King's back, he had tattoos of "AFFA" (Angels Forever, Forever Angels), and "81" (for the eighth and first letter of the alphabet: HA). King accused Michael Staton of stealing items from him, including King's valuable Hell's Angels "Cuts" (Hell's Angels motorcycle vest), drugs that Staton was supposed to be selling, and his wife Felicia King's jewelry. King told Kozorra he wanted Staton to be punished for the thefts. He offered drugs and money to Kozorra in exchange for Kozorra delivering Staton to him. On July 30, 2017, King sent Dustin Clowers a text message confirming the meeting with discussing King's meeting with Kozorra. Clowers and King also discussed brining Staton to King so that he could mete out punishment.

On August 3, 2017, Kozorra was finally able to lure Staton to Anchorage. Staton drove up from where he had been hiding in Homer in a stolen 2010 Chevy Malibu. He met up with Clowers, Kozorra, and Kozorra's girlfriend Taylor Lack in south Anchorage. Clowers got into the Malibu with Staton, while Kozorra and Lack remained in Kozorra's truck. They caravanned from Anchorage out to Wasilla. During the drive, Clowers texted Craig King that he was bringing Staton to him. Clowers phone was later

downloaded by law enforcement. His phone contained text messages with Craig King dating back to May 2017 that discussed the 1488s delivering Staton to King.

The group arrived in Wasilla at approximately 3:53 p.m. and stopped at a Shell gas station. The stop was recorded on video surveillance. At nearly the same time, Kozorra sent a text message to Clowers stating, "lets wait for Glen [Baldwin]". Clowers was having phone conversations with Crag King while they waited at the gas station. After approximately 15 minutes, the group left the gas station. The two vehicles drove to an abandoned trap house where 1488 member Glen Baldwin (a/k/a "Glen Dog") and 1488 prospect Colter O'Dell were waiting in a maroon Chevrolet Tahoe belonging to Baldwin and his girlfriend Angie Minnick. In addition to Staton, there were now four members of the 1488s present: Kozorra, Clowers, Baldwin, and O'Dell.

The gang told Staton he was losing his patch. They proceeded to beat him and bound his hands and feet with duct tape and rope. The group forcibly shoved Staton into the trunk of the stolen Malibu and drove to a second location. Clowers drove the Malibu with Staton in the trunk; O'Dell and Baldwin were in the Tahoe; and Kozorra and Lack were in Kozorra's truck.

During the drive, Staton was able to open the trunk and attempted to get out. The vehicles stopped and Staton was again beaten and then put into the back seat of the Malibu by Clowers and Kozorra. Kozorra sat in the back seat with Staton to prevent another escape attempt. Lack then drove Kozorra's truck. The three vehicles drove to a duplex in Wasilla.

*U.S. v. Kozorra*
3:17-cr-00128-RRB                Page 11 of 19

Case 3:18-cr-00103-SLG   Document 52   Filed 11/10/22   Page 11 of 19

The duplex was occupied on one side by Craig King and his wife Felicia King and was vacant on the other side. Earlier on the day of the kidnapping, King called Beau Cook, a low-level drug dealer who associated with both the Hells Angels and the 1488s, and asked him to set up the vacant side of the duplex for the beating. Cook used visqueen plastic to prepare the room. Plastic was laid down to cover the floor and portions of the walls.

When the gang arrived at the duplex, they forcibly brought Staton into the vacant half. Once inside, Staton was beaten by Clowers, O'Dell, Baldwin, Kozorra, and Craig King. During the beating, the plastic ripped and blood ended up on the walls. A knife was heated up with a propane torch. The men then took turns using the knife to burn Staton's 1488 "patch" off his body.

At this point, Staton was still alive but badly injured. It was clear that without medical treatment, he would not survive. The conspirators decided to roll Staton up inside the plastic and carpet from the room. He was so tightly bound that his body was not visible, and he was barely audible. He was then carried outside and placed on the ground near the red Tahoe. At that point, Felicia King screamed obscenities at Staton and stated in effect that this was what happened when one stole from the Kings. Staton was loaded into the cargo area of the Tahoe.

King directed all the men who were in the room during the beating to remove their clothes and placed them into a burn barrel. The clothing was then burned and destroyed.

Felicia King provided everyone with replacement clothing. Beau Cook and Felicia King later cleaned the vacant half of the duplex where the beating occurred.

Colter O'Dell and Glen Baldwin drove away in the Tahoe with Staton (wrapped up in the plastic and carpeting) in the cargo area. A short time later, O'Dell and Baldwin called back to the house because they needed gas. Kozorra and Lack drove to a nearby gas station, bought a gas can, filled it with gas. This was captured on video surveillance at the gas station at approximately 5:16 p.m. They then drove around the corner and gave the gas can to O'Dell and Baldwin. Kozorra and Lack drove back to the duplex to pick up Clowers, who was on state bail release with ankle monitoring and was due back at his house in Anchorage. Clowers' electronic monitoring records show that he was at the crime scene locations during the homicide. A CAST cell phone location analysis places each participant at the relevant locations at the applicable times.

At 5:52 p.m. Glen Baldwin received a call from an incarcerated 1488 member by the name of Chance Gypin. Baldwin and Gypin spoke for several minutes before Baldwin stated, "Remember that one time at the fucking campground…when we went bonkers on fucking ole…you know the murder scene that was taking….(indiscernible)…that shit was tight. I'm kinda in the middle of something…way way worse, so I gotta get off the phone brother." Baldwin's phone during that time put him in the area where Staton's remains were ultimately found. Later Baldwin and O'Dell called Kozorra and Clowers and asked them to recite the "runes" together. Baldwin later told a cellmate that reciting the runes

was a sort of ritualistic killing based on the Osatru-Odinism religion. Tolls records corroborate the call taking place.

Staton was taken from the Tahoe by an ATV trail. He was placed on the ground where he was executed while his hands and feet were taped together with duct tape, and he was still rolled inside the plastic. His body was burned along with other evidence from the earlier beating. Bullets were later recovered in the ground underneath the body, but the guns used to kill Staton were never found.

Baldwin and O'Dell later returned to Angie Minnick's residence. Minnick described Baldwin and O'Dell as excited and cocky. They were wearing clothing that did not seem to fit them. It also appeared as if the Tahoe had been taken off road with mud and leaves on the undercarriage. Baldwin and O'Dell told her the details of what occurred. Minnick then had her Tahoe detailed to eliminate any evidence. Minnick's Tahoe was later discovered to have blood in the cargo area. DNA from that blood contained three contributors. After extensive testing Staton was identified as one of the contributors to the DNA profile. The Tahoe had also been freshly detailed when Alaska State Troopers took possession on September 7, 2017. The day after the Tahoe was processed for evidence, it was broken into at the impound yard.

Later in the evening of August 3, Kozorra tasked 1488 member Shawn Schmidt (a/k/a "Schmiddy") with getting rid of the stolen Malibu Staton drove up in from Homer. Schmidt used the vehicle for a short period, then parked it and tried to light the front seat on fire. The car did not burn. Two days later, Schmidt was asked to verify he had

successfully burned the Malibu. Kozorra, Schmidt, Minnick, Baldwin, and O'Dell, went to the location where Schmidt tried to burn the Malibu and discovered that the fire on the front seat had burned out. Schmidt was driven around by O'Dell for a period of time while Kozorra, Minnick, and Baldwin took the vehicle to a different location and successfully burned it. State troopers later located the completely burned Malibu in a remote location near Wasilla. Schmidt was then taken to Angie Minnick's residence where he was de-patched for failing to successfully burn the vehicle. Schmidt's patch was simply tattooed over. Present for this depatching was O'Dell, Glen Baldwin, Kozorra, Lack, and Angie Minnick.

The gang awarded O'Dell his 1488 patch for his role in Staton's murder. They began tattooing the patch on O'Dell's torso, but did not finish until after O'Dell was in custody.The burned Malibu had been reported stolen out of Homer, AK. The victim stated he had let Staton borrow the Malibu and it was never returned.

A hunter located the skeletal remains of Staton's body on Labor Day weekend, September 3, 2017. There was evidence the body was burned, and .380 casings were found at the scene. The body had been wrapped in plastic and melted plastic was found on the skull. Also at the scene were pieces of rope, duct tape, burned ratchet straps, and grommets from a tarp. An autopsy and forensic examination confirmed numerous broken ribs and injuries consistent with trauma from two bullets. Soil samples taken at the scene revealed an accelerant consistent with gasoline.

The duplex where the assault on Staton took place was investigated by the AST. The crime scene team used a chemical agent called Bluestar, a substance that can be used to identify latent bloodstains. The test revealed a bloody handprint on the wall:



The blood samples were highly degraded. The test confirmed the blood from this picture belonged to Staton.

### III. PROCEDURAL BACKGROUND

Kozorra waived indictment and pleaded guilty by Information to one count of Violent Crime in Aid of Racketeering – Murder in violation of 18 U.S.C. Sec. 1959(a)(1) on September 17, 2018. His sentencing was delayed while the government awaiting the trial in *United States v. Filthy Fuhrer*, et al., 3:19-00026-TMB.

### IV. Objections to the presentence report.

The government does not have any objections to the Presentence Report.

## V. Application of the 18 U.S.C. § 3553(a) sentencing factors.

### A. The nature and circumstances of the offense.

As demonstrated above, the defendant was a member, and at times a leader, in the neo-Nazi prison-based 1488 criminal enterprise. In this role he engaged in numerous felonies and violent criminal activity. The crimes described above speak for themselves and are among the most serious crimes in the federal criminal justice system. The kidnapping, torture, and murder of a human being over petty violations of the rules of the criminal enterprise must be appropriately sanctioned by this court.

### B. The history and characteristics of the defendant.

The defendant is an admitted former member of the 1488s, a violent white supremacist prison gang. He has a long criminal and consistent criminal history dating back to 2005. He engaged in the current series of crimes almost immediately after being released from state custody in March 2017. However, since going into federal custody at a federal facility in 2018 he has not had any disciplinary infractions. Being away from narcotics, and openly and publicly separating himself from the 1488s, has noticeably changed his appearance and perspective for the better.

### C. The need to reflect the seriousness of the offense and promote respect for the rule of law.

The seriousness of the offense cannot be overstated, and the government will not belabor the point. The government's recommended sentence balances this factor with all others.

### D. The need to afford deterrence.

General deterrence is a significant sentencing factor. A significant sentence is needed to deter those who would join an organization that is based upon racial and religious hatred, and couples that ideology with violence and other criminal activity.

### E. The need to protect the public from further crimes.

The need to protect the public is a factor that deserves significant weight in this case. The public needs to be protected from the defendant's violent crimes, illegal possession of firearms, and narcotics use and trafficking.

### F. The need for the sentence to provide the defendant training, treatment, medical care, and correctional treatment.

The government does not believe this factor weighs heavily in this case. To the extent is does he can receive those services while in custody. The government also recommends the maximum possible term of supervised release to assist his transition when he is released from custody.

### G. The kinds of sentences available.

This court should impose a sentence that involves significant time in custody, with a long period of supervised release.

### H. The need to provide restitution to victims of the offense.

No restitution has currently been requested.

//

//

//

## VI. CONCLUSION

For the foregoing reasons, the government respectfully asks this Honorable Court to impose a sentence of 180 months imprisonment, followed by five years of supervised release.

RESPECTFULLY SUBMITTED November 10, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*s/ William A. Taylor*
WILLIAM A. TAYLOR
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022,
a copy of the foregoing was served
via the CM/ECF system on:

MICHELLE NESBETT

*s/ William A. Taylor*
Office of the U.S. Attorneys